IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



ISAAC J. DOW, §
§
    Plaintiff, §
§
VS. § NO. 4:13-CV-299-A
§
CAROLYN W. COLVIN, ACTING §
COMMISSIONER OF SOCIAL §
SECURITY, §
§
    Defendant. §

ORDER

    Plaintiff, Isaac J. Dow, filed the instant civil action on April 10, 2013, naming as defendant Carolyn W. Colvin, Acting Commissioner of Social Security. Dow also filed a motion for leave to proceed in forma pauperis, which the court referred to the United States Magistrate Judge for consideration.

    The magistrate judge issued findings and conclusions that plaintiff had sufficient financial resources available to pay the required filing fee, and recommended that plaintiff's application to proceed in forma pauperis be denied. The magistrate judge also recommended that plaintiff be required to pay the full filing fee of $350.00 within seven days of the date the court rules on any objections plaintiff may have to the magistrate judge's report and recommendations. The magistrate judge gave plaintiff until May 6, 2013, to file any objections to the proposed findings, conclusions, and recommendations. As of the

date this order is signed, plaintiff has filed nothing in response to the magistrate judge's order.

Therefore,

The court accepts the recommendations of the magistrate judge and ORDERS that plaintiff's motion to proceed in forma pauperis be, and is hereby, denied.

The court further ORDERS that plaintiff by 4:00 p.m. on May 17, 2013, pay to the Clerk of the court the full filing fee of $350.00.

The court further ORDERS that failure of plaintiff to comply with the terms of this order may result in the dismissal of this action without further notice as a sanction or pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED May 10, 2013.

_____
JOHN McBRYDE
United States District Judge

2